

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 98-8122-CIV-RYSKAMP

LAW BULLETIN PUBLISHING
COMPANY, an Illinois corporation,

Plaintiff,

vs.

**CLOSED CASE**

LRP PUBLICATIONS, INC., a foreign
corporation,

Defendant.

_____/

### FINAL JUDGMENT

THIS CAUSE came before the Court upon the Defendant's Motion for Summary Judgment filed on November 1, 1999. Considering this Court's Order Granting the Defendant's motion, an entry of Final Judgment is appropriate.

THE COURT has considered the pertinent portions of the record and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that **FINAL JUDGMENT IS HEREBY ENTERED** on behalf of the Plaintiff. Plaintiff shall recover nominal damages in the amount of $1.00.

The Clerk of the Court shall **CLOSE** this Case and **DENY** all pending motions as **MOOT**. The Court reserves jurisdiction over motions for attorneys' fees and costs.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 23 day of December, 1999.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies provided:
Gene D. Lipscher, Esq.
Robert E. Kehoe, Jr., Esq.
Joseph D. Wargo, Esq.
Martin J. Alexander, Esq.

449