UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
APR - 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**CLOSED CASE**

| | |
|---|---|
| LAW BULLETIN PUBLISHING COMPANY, an Illinois corporation | Case # 98-8122-CIV-RYSKAMP<br>Magistrate Judge Vitunac |
| Plaintiff | |
| v. | |
| LRP PUBLICATIONS, INC., a foreign corporation, and JOANNE FIORE | ORDER CONCERNING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |
| Defendants | |

This cause having come before the Court on plaintiff's Motion for Voluntary Dismissal, it is hereby order that:

___ The Court dismisses this action pursuant Rule 41(a)(2),

without prejudice and without costs.

___ The Clerk of the court shall CLOSE this case and DENY all pending motions as MOOT.

Dated this _1_ day of April, 2002.

_Kenneth L. Ryskamp_
KENNETH L. RYSKAMP
United States District Judge

493

copies provided:

Robert E. Kehoe, Jr., Law Offices of Robert E. Kehoe, Jr., 307 N. Michigan Avenue Suite 418, Chicago, IL 60601

Gene D. Lipscher, Alley, Maass, Rogers & Lindsay, 321 Royal Poinciana Plaza South, Palm Beach, FL 33480-4019

Joseph D. Wargo, Altman, Kritzer & Levick, 6400 Powers Ferry Road, NW, Suite 224, Atlanta, GA 30339

Martin J. Alexander, Holland & Knight, 625 N. Flagler Drive, Suite 700, West Palm Beach, FL 33401